### 47905. WILMONT v. PRESSLEY.

EBERHARDT, Presiding Judge. Since the defendant-movant fails to show that there is no genuine issue as to any material fact and that she is entitled to judgment as a matter of law, the judgment of the trial court denying her motion for summary judgment is affirmed.

*Judgment affirmed. Pannell and Stolz, JJ., concur.*

ARGUED FEBRUARY 12, 1973 — DECIDED FEBRUARY 22, 1973.

*Tom Strickland,* for appellant.

*Gunter & McDonald, Douglas McDonald,* for appellee.